**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| Wendell Dwayne O'Neal, | Civil No. 09-2746 (RHK/SRN) |
| Plaintiff, | **ORDER** |
| v. | |
| Minnesota, Minneapolis Community Technical College, Laura Fedock, Dee Bernard, Jason Dorsett, Unknown MCTC Business Office Collections Staff, | |
| Defendants. | |

_____

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated November 17, 2009. No objections have been filed to that Report and Recommendation in the time period permitted, although Plaintiff has filed a "Motion for Leave to File Amended Rehabilitation Act 504; Title II. American Disability Act, and Minnesota Tort Law Complaint" (Doc. No. 4).

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 3) is **ADOPTED**;

2. Plaintiff's "Motion for Leave to File Amended Rehabilitation Act 504; Title II. American Disability Act, and Minnesota Tort Law Complaint" (Doc. No. 4) is **DENIED**;

3. Plaintiff's "Applications to Proceed Without Prepayment of Fees" (Docket Nos. 2 and 5) are **DENIED**; and

4. This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

Dated: December 8, 2009

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge